No. 428. AMERICAN SURETY CO. OF NEW YORK v. BARRIENTOS ET AL. Sup. Ct. P. R. Certiorari denied. Reported below: —— P. R. R. ——.

No. 445. COOGAN v. CINCINNATI BAR ASSN. Sup. Ct. Ohio. Certiorari denied.

No. 458. FIFTH DISTRICT REPUBLICAN COMMITTEE v. MICHIGAN EMPLOYMENT SECURITY COMMISSION. Ct. App. Mich. Certiorari denied.

No. 509. SEEBURG CORP. v. FEDERAL TRADE COMMISSION. C. A. 6th Cir. Certiorari denied.

No. 5168. MESSER v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 5419. CUNNINGHAM v. BRIERLEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 5433. McGROGAN v. BRIERLEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 5438. STARKEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 5449. CALVILLO v. NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 5455. BANE v. SPENCER ET AL. C. A. 1st Cir. Certiorari denied.

No. 5456. PERKINS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.